UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

TIMOTHY L. JONES
        Petitioner
   v.                           **Judgment in a Civil Case**
NORA HUNT
        Respondent        Case Number: 5:09-HC-2001-D

**Decision by Court.**

This action came before the Honorable James C. Dever III, United States District Judge, for consideration of the respondent's motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that respondent's motion for summary judgment is granted and this action is hereby dismissed.

This Judgment Filed and Entered on August 19, 2010, with service on:
Timothy J. Jones, 0218885, Avery Mitchell Correctional Center, 600 Amity Park Road, Spruce Pine, NC 28777 (via U.S. Mail)
Mary Carla Hollis (via CM/ECF Notice of Electronic Filing)

August 19, 2010                                             /s/ Dennis P. Iavarone
                                                                     Clerk

Raleigh, North Carolina